Form ntcdsm1

111 First Street
Bay City, MI 48708

**UNITED STATES BANKRUPTCY COURTS**
Eastern District of Michigan

Case No.: **21−20629−dob**
Chapter: 7

In Re: (NAME OF DEBTOR(S))
   Samantha K Steward
   32 Durand Ct.
   Saginaw, MI 48602

Social Security No.:
   xxx−xx−3248

Employer's Tax I.D. No.:

**NOTICE OF DISMISSAL**

NOTICE IS HEREBY GIVEN that an **Order of the Court Granting Dismissal of Case for Failure to Pay Filing Fees** was entered on **9/14/21** . Accordingly, the automatic stay is lifted in the above entitled case.

Dated: 9/14/21

                BY THE COURT


                Todd M. Stickle , Clerk of Court
                UNITED STATES BANKRUPTCY COURT